**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Greenway Building Solutions LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1838467** |

| | |
|---|---|
| 4. | Debtor's address |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9110 Railroad Dr. Suite 230**<br>**Manassas, VA 20111**<br>Number, Street, City, State & ZIP Code | **6054 Greenway Court**<br>**Manassas, VA 20112**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Prince William**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://greenwaybuildingsolutions.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Greenway Building Solutions LLC**                              Case number (*if known*) _____
          Name

---

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2362

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

| Debtor | **Greenway Building Solutions LLC** | Case number (*if known*) | |
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Greenway Building Solutions LLC**
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Greenway Building Solutions LLC**                                      Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2021**
MM / DD / YYYY

**X** **/s/ Scott Shepard**                                    **Scott Shepard**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Ashley F. Morgan**                    Date   **June 28, 2021**
Signature of attorney for debtor                         MM / DD / YYYY

**Ashley F. Morgan 86464**
Printed name

**Ashley F. Morgan Law, PC**
Firm name

**722 Grant St.**
**Suite G**
**Herndon, VA 20170-4532**
Number, Street, City, State & ZIP Code

Contact phone    **703-880-4881**        Email address   **AFMorganLaw@gmail.com**

**86464 VA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name          **Greenway Building Solutions LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2021**          X  **/s/ Scott Shepard**
                                              Signature of individual signing on behalf of debtor

                                              **Scott Shepard**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Greenway Building Solutions LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.............................................................................    $      0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................    $      6,658.30

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................    $      6,658.30

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      2,865.37

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      813,878.82

4. **Total liabilities** .........................................................................................................
   Lines 2 + 3a + 3b                 $      816,744.19

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Greenway Building Solutions LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Sandy Springs Bank** | **Checking** | **6901** | $947.30 |
| 3.2. | **Congressional Bank** | **Checking** | **3631** | $197.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,144.30

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Greenway Building Solutions LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 4,514.00 | - | 0.00 | = .... | $4,514.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $4,514.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** **Miscellaneous furniture** | $0.00 | Liquidation | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Printer and Laptop** | $0.00 | | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | $500.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** |
|---|---|

■ No
☐ Yes

| Debtor | **Greenway Building Solutions LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Snow Plow | $0.00 | Liquidation | $500.00 |

51. **Total of Part 8.**      | $500.00 |
   Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>Greenway Building website | $0.00 | | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Greenway Building Solutions LLC** | Case number *(If known)* | |
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer lists and files** | **$0.00** | | **Unknown** | |
| 64. | **Other intangibles, or intellectual property** | | | | |
| 65. | **Goodwill**<br>**Goodwill from customers, name, phone**<br>**number, etc.** | **$0.00** | **Liquidation** | **Unknown** | |
| | **Samples (cabinets, title, etc.)** | **$0.00** | | **Unknown** | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☒ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Greenway Building Solutions LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,144.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,514.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,658.30 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,658.30 |

**Fill in this information to identify the case:**

Debtor name    **Greenway Building Solutions LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **Greenway Building Solutions LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19107-3460** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,391.67 | $2,391.67 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Virginia Dept of Taxation**<br>**Bankruptcy Unit**<br>**PO Box 2156**<br>**Richmond, VA 23218-2156** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $473.70 | $473.70 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Income Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    54416                    Best Case Bankruptcy

| Debtor | **Greenway Building Solutions LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,723.78**

**Appliance Connection**
**13851 Telegraph Rd**
**#101**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,425.00**

**Armor Heating Air Conditioning**
**10814 Chancellorsville Dr**
**Spotsylvania, VA 22553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,860.13**

**Barrons Lumber**
**11801 Balls Ford Rd**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,974.38**

**Beacon Roofing Supply**
**9131 Centreville Rd**
**Ste B**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,970.08**

**BlueVine**
**401 Warren Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured Personal Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bob & Anne Shaw**
**6105 Hillview Ct**
**Manassas, VA 20112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Outstanding Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,156.40**

**Builders Mutual Insurance**
**5580 Centerview Dr**
**Raleigh, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Greenway Building Solutions LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,282.46**

**Building Supply of Manassas**
P.O. Box Drawer 4991
Martinsville, VA 24115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,954.56**

**Capitol Building Supply**
P.O. Box 34792
Alexandria, VA 22334-0792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00**

**Carlos Alvarez**
119 Polk Dr
Manassas, VA 20111-2009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,600.00**

**Castillo Home Remodeling LLC**
3603 Malibu Cir
#108
Falls Church, VA 22041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00**

**CFG Merchant Solutions**
201 NJ-17 #805
Rutherford, NJ 07070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Personal Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,582.65**

**Classic Granite and Marble Inc**
8246 Sandy Ct
Ste A-B
Jessup, MD 20794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$886.39**

**Clawes Carpets**
9541 Braddock Rd
Fairfax, VA 22032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Greenway Building Solutions LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,185.00 |
|---|---|---|---|

**Coastal Insulation & Fireplace**
974 Tall Pines Dr
Midlothian, VA 23114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,683.00 |
|---|---|---|---|

**Comcast**
4391 Dale Boulevard
Woodbridge, VA 22193-2401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Utility Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Courtney Nazareno**
3727 Richard Ave
Fairfax, VA 22031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Building Contract

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.34 |
|---|---|---|---|

**Creative Document Imaging**
13185 Tory Loop
Woodbridge, VA 22192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curtis Brockman**
8245 Crestridge Road
Fairfax Station, VA 22039

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Outstanding Contract

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.37 |
|---|---|---|---|

**Dal-Tile Corporation**
14790 Flint Lee Rd
#200
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,146.00 |
|---|---|---|---|

**Davenport Insulation**
7400 Gateway Ct
Manassas, VA 20109-7312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Greenway Building Solutions LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Dean & Karen Willis**
**6120 Hillview Ct**
**Manassas, VA 20112**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Outstanding Contract**

Is the claim subject to offset? □ No ■ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$635.00**

**Dycio & Biggs**
**10533 Main St**
**Fairfax, VA 22030**

Date(s) debt was incurred _
Last 4 digits of account number _

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00**

**ElectriSource LLC**
**6379 Popwicke Ct**
**Manassas, VA 20112**

Date(s) debt was incurred _
Last 4 digits of account number _

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$936.00**

**Emsi Engineering Inc**
**9110 Railroad Dr**
**Ste 310**
**Manassas, VA 20111**

Date(s) debt was incurred _
Last 4 digits of account number _

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,163.61**

**Euro Stone Craft**
**13912 Park Center Rd**
**Herndon, VA 20171**

Date(s) debt was incurred _
Last 4 digits of account number _

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,723.38**

**First National Bank of Omaha**
**1620 Dodge Street**
**Omaha, NE 68197**

Date(s) debt was incurred _
Last 4 digits of account number _

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No □ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,800.00**

**Forward Financing**
**53 State St 20th Floor**
**Boston, MA 02109**

Date(s) debt was incurred _
Last 4 digits of account number _

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | **Greenway Building Solutions LLC** | Case number (if known) | |
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$651.40** |

**Heartwood Solid Surfaces Inc**
**8198 Euclid Ct**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,901.76** |

**Home Depot Credit Services**
**PO Box 790328**
**Saint Louis, MO 63179-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jack Coviello**
**6814 Jackson Ave**
**Falls Church, VA 22042**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Outstanding Contract

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**James Mitchell**
**2916 Fairmont St**
**Falls Church, VA 22042**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Outstanding Contract

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jena Morrison**
**2925 Rosemary Ln**
**Falls Church, VA 22046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Outstanding Contract

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**John Dubbleide**
**2828 New Bridge Road**
**Mineral, VA 23117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Outstanding Contract

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,546.00** |

**JR Alvarez electric**
**345 Manassas Dr**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Greenway Building Solutions LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address
**Kamco Building Supply**
**2100 West Virginia Ave NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,283.78**

---

**3.37** | Nonpriority creditor's name and mailing address
**Kate Wilkins**
**6212 Ormandy Dr**
**Burke, VA 22015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.38** | Nonpriority creditor's name and mailing address
**Ken Shepard**
**106 Smith Point Circle**
**Reedville, VA 22539**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Personal Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$83,000.00**

---

**3.39** | Nonpriority creditor's name and mailing address
**Lee Design Studios LLC**
**6818 Jackson Ave**
**Falls Church, VA 22042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.40** | Nonpriority creditor's name and mailing address
**Marilyn Resmini**
**8604 Larkhaven Ter**
**Fairfax Station, VA 22039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Outstanding Contract**

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.41** | Nonpriority creditor's name and mailing address
**Merchant Solutions**
**12 North Main St**
**Suite 44**
**West Hartford, CT 06107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge Account**

Is the claim subject to offset? ■ No ☐ Yes

**$30,360.00**

---

**3.42** | Nonpriority creditor's name and mailing address
**Mike & Margaret Kane**
**2907 Westcott St**
**Falls Church, VA 22042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Outstanding Contract**

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

Debtor    **Greenway Building Solutions LLC**                                Case number (if known)
_____
Name

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mike Doherty**
**11213 Lake Jackson Drive**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Outstanding Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,185.93** |
|---|---|---|---|

**MoJohns**
**1936 Cartersville Rd**
**Cartersville, VA 23027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**My Heating & Cooling Guys**
**53 Shady Ln**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,925.00** |
|---|---|---|---|

**Nader Elhajj**
**3603 McLean Ave**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson Amaya**
**8144 Raphiel Court**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Outstanding Contract__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,650.00** |
|---|---|---|---|

**Newway Renovations LLC**
**8144 Raphiel Ct**
**Manassas, VA 20112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,595.11** |
|---|---|---|---|

**Northeastern Supply**
**8323 Pulaski Highway**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Greenway Building Solutions LLC**
_____

Name                                                    Case number (if known) _____

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.00 |

**Northern VA Development Serv.**
**202-C Lane Ct**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Office of Commissioner of Rev**
**2100 Carendon Blvd, Suite 200**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Buisness License__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,600.00 |

**On Deck**
**901 N Stuart St**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Personal Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,657.52 |

**Patriot Potty's LLC**
**9115 Industry Dr**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Paul Poeltes**
**4016 Bentnall Ct**
**Fairfax, VA 22032**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Outstanding Contract__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Prince William County**
**Tax Administration Division**
**PO Box 2467**
**Woodbridge, VA 22195-2467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business License__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.18 |

**Principal**
**711 High Street IDPC-A1-N20**
**Des Moines, IA 50392-4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Insurance Premium__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Greenway Building Solutions LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,645.00 |
|---|---|---|---|

**QED Plumbing**
**11918 Haddon Ln**
**Woodbridge, VA 22192**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Randy Boice**
**6071 Greenway Ct**
**Manassas, VA 20112**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Outstanding Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,385.00 |
|---|---|---|---|

**Rayco Roof Service**
**6870 Wellington Rd**
**Manassas, VA 20109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,966.67 |
|---|---|---|---|

**Reico**
**3856 Dulles South**
**Chantilly, VA 20151**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.68 |
|---|---|---|---|

**Rexel**
**14951 Dallas Parkway**
**Dallas, TX 75254**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Check Credit or Line of Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**RG Contruction LLC**
**13423 Kingsman Rd**
**Woodbridge, VA 22193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,151.21 |
|---|---|---|---|

**Road Runner LLC**
**13216 Wrenn House Ln**
**Herndon, VA 20171**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Greenway Building Solutions LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Samuel Jacobs
6514 Virginia Hills Ave
Alexandria, VA 22310

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Outstanding Contract**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,396.52**

Scott Shepard
6054 Greenway Court
Manassas, VA 20112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured Personal Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,439.60**

Sherwin Williams
9104 Manassas Dr
Ste A
Manassas, VA 20111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Check Credit or Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,462.00**

Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,168.00**

T&J of NOVA LLC
9110 Railroad Dr
Ste 320-B
Manassas, VA 20111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,650.93**

Tart Lumber Company
22183 Shaw Rd
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Terry Patillo
6738 Fern Ln
Annandale, VA 22003

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Outstanding Contract**

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Greenway Building Solutions LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Thomas Allen**
**762 Esteppo Rd**
**Front Royal, VA 22630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,837.00** |
|---|---|---|---|

**Toby's Plumbing**
**151 Martin Dr**
**Manassas, VA 20111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tony & Jen Hensler**
**9643 Park Preserve Drive**
**Fairfax, VA 22032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Outstanding Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tony Hensler**
**9643 Park Preserve Drive**
**Fairfax, VA 22032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Outstanding Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Travis Glennon**
**8617 Janet Lane**
**Vienna, VA 22180**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Outstanding Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bluevin**<br>**30 Montgomery St #1400**<br>**Jersey City, NJ 07302** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cameron/McEvoy PLLC**<br>**4100 Monument Corner Drive**<br>**Suite 420**<br>**Fairfax, VA 22030** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Greenway Building Solutions LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Cameron/McEvoy, PLLC**<br>**4100 Monument Corner Drive**<br>**Suite 420**<br>**Fairfax, VA 22030** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **CFG Merchant Solutions**<br>**180 Maiden Lane, 15th Floor**<br>**New York, NY 10038** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **CFG Merchant Solutions**<br>**180 Maiden Lane, 15th Floor**<br>**New York, NY 10038** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Comcast**<br>**12345 Sunrise Valley**<br>**Reston, VA 20191** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Comcast Cable**<br>**600 Galleria Pkwy SE**<br>**Atlanta, GA 30339-5994** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **FNBO**<br>**PO Box 2818**<br>**Omaha, NE 68103-2818** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Home Depot/CBSD**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117-6497** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Home Depot/CBSD**<br>**Citibank**<br>**PO Box 790034**<br>**Saint Louis, MO 63179-0034** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Kamco Building Supply**<br>**5860 Farrington Ave**<br>**Alexandria, VA 22304** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Lenora Solodar**<br>**4825 Radford Ave #201**<br>**Richmond, VA 23230** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Marion Muller**<br>**17 West Jefferson Street**<br>**Suite 100**<br>**Rockville, MD 20850** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Merchant Services**<br>**8500 Govenors Hill Dr**<br>**Cincinnati, OH 45249** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Michelle Boice**<br>**6071 Greenway Ct**<br>**Manassas, VA 20112** | Line **3.58**<br>☐ Not listed. Explain ____ | _ |

| Debtor | Greenway Building Solutions LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | On Deck Capital, Inc.<br>1400 Broadway, 25th Floor<br>New York, NY 10018 | Line __3.52__<br>☐ Not listed. Explain ____ | _ |
| 4.17 | Prince William County<br>Tax Administration Div 1st Fl<br>1 County Complex Court<br>Woodbridge, VA 22192-9201 | Line __3.55__<br>☐ Not listed. Explain ____ | _ |
| 4.18 | Rexel<br>PO Box 9085<br>Dallas, TX 75254 | Line __3.61__<br>☐ Not listed. Explain ____ | _ |
| 4.19 | Richard M. Sissman<br>600 Jefferson Plaza #308<br>Rockville, MD 20852 | Line __3.4__<br>☐ Not listed. Explain ____ | _ |
| 4.20 | Steven Blomburg<br>4 Professional Dr<br>Suite 145<br>Gaithersburg, MD 20879 | Line __3.3__<br>☐ Not listed. Explain ____ | _ |
| 4.21 | Tracy Kissler PC<br>3905 Railroad Ave<br>Suite 200N<br>Fairfax, VA 22030 | Line __3.60__<br>☐ Not listed. Explain ____ | _ |
| 4.22 | Virginia Dept of Taxation<br>Office of Compliance<br>PO Box 277407<br>Richmond, VA 23261-7407 | Line __2.2__<br>☐ Not listed. Explain ____ | _ |
| 4.23 | Virginia Dept. of Taxation<br>Post Office Box 1115<br>Richmond, VA 23218-1115 | Line __2.2__<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 2,865.37 |
| 5b. Total claims from Part 2 | 5b. + | $ | 813,878.82 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 816,744.19 |

**Fill in this information to identify the case:**

Debtor name    **Greenway Building Solutions LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Lease of commerical property** | |
| State the term remaining | **19 months** | **T&J of NOVA LLC**<br>**9110 Railroad Dr**<br>**Ste 320-B**<br>**Manassas, VA 20111** |
| List the contract number of any government contract | | |

---

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Greenway Building Solutions LLC** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                        Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Scott Shepard** | **6054 Greenway Court Manassas, VA 20112** | **BlueVine** | ☐ D ____ <br> ■ E/F ___3.5___ <br> ☐ G ____ |
| 2.2 | **Scott Shepard** | **6054 Greenway Court Manassas, VA 20112** | **Building Supply of Manassas** | ☐ D ____ <br> ■ E/F ___3.8___ <br> ☐ G ____ |
| 2.3 | **Scott Shepard** | **6054 Greenway Court Manassas, VA 20112** | **Capitol Building Supply** | ☐ D ____ <br> ■ E/F ___3.9___ <br> ☐ G ____ |
| 2.4 | **Scott Shepard** | **6054 Greenway Court Manassas, VA 20112** | **Internal Revenue Service** | ☐ D ____ <br> ■ E/F ___2.1___ <br> ☐ G ____ |
| 2.5 | **Scott Shepard** | **6054 Greenway Court Manassas, VA 20112** | **Kamco Building Supply** | ☐ D ____ <br> ■ E/F ___3.36___ <br> ☐ G ____ |

| Debtor | **Greenway Building Solutions LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Scott Shepard** | **6054 Greenway Court**<br>**Manassas, VA 20112** | **On Deck** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.7 | **Scott Shepard** | **6054 Greenway Court**<br>**Manassas, VA 20112** | **Sherwin Williams** | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.8 | **Scott Shepard** | **6054 Greenway Court**<br>**Manassas, VA 20112** | **Small Business**<br>**Administration** | ☐ D _____<br>■ E/F __3.67__<br>☐ G _____ |
| 2.9 | **Scott Shepard** | **6054 Greenway Court**<br>**Manassas, VA 20112** | **Virginia Dept of**<br>**Taxation** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Greenway Building Solutions LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | ■ Operating a business ☐ Other | **$651,202.57** |
   | **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other | **$2,721,333.00** |
   | **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other | **$2,217,165.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

| Debtor | **Greenway Building Solutions LLC** | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Carlos Alvarez** **119 Polk Dr** **Manassas, VA 20111-2009** | **April 16, 2021** | **$7,470.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Castillo Home Remodeling LLC** **3603 Malibu Cir** **#108** **Falls Church, VA 22041** | **04/13/2021 - 3,750.00** **04/13/2021 - 2,000.00** **04/22/2021 - 2,500.00** **04/29/2021 - 5,000.00** | **$13,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Scott L Shepard** **6054 Greenway Court** **Manassas, VA 20112** **Owner** | **June 16, 2020 -- $3262.60 August 19, 2020 -- $3262.60 September 9, 2020 -- $3262.60 October 14, 2020 -- $3262.60 October 25, 2020 -- $3262.60** | **$16,313.00** | **Compensation for running the business** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor | **Greenway Building Solutions LLC** | Case number *(if known)* |
|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Beacon Roofing Supply Inc. v. Greenway Building Solution, Inc., et al.**<br>**GV21009770-00** | **Civil Warrant in Debt** | **Fairfax County General District Court**<br>**4110 Chain Bridge Road**<br>**Fairfax, VA 22030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Capitol Building Supply, Inc. v. Greenway Building Solutions, LLC, et al.**<br>**GV21008486-00** | **Civil Warrant in Debt** | **Fairfax County General District Court**<br>**4110 Chain Bridge Road**<br>**Fairfax, VA 22030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11.    Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Greenway Building Solutions LLC** | Case number *(if known)* | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ashley F. Morgan Law, PC** **722 Grant St, Suite G** **Herndon, VA 20170** | **$4,000.00 for legal fees and costs associated with Business Chapter 7 case.** | **May 10, 2021 -- $1,000.00 June 28, 2021 -- $3,000.00** | **$4,000.00** |
| | Email or website address **AFMorganLaw.com** | | | |
| | Who made the payment, if not debtor? **Scott Shepard, Owner** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

| Debtor | **Greenway Building Solutions LLC** | Case number *(if known)* |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Sandy Springs Bank**<br>**17801 Georgia Avenue**<br>**Olney, MD 20832** | **XXXX-5001** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2021** | **$0.00** |
| 18.2. | **Sandy Springs Bank** | **XXXX-6901** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2021** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Greenway Building Solutions LLC**                                          Case number *(if known)* _____

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

---

Debtor    **Greenway Building Solutions LLC**                                  Case number *(if known)* _____

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Shepard | 6054 Greenway Court Manassas, VA 20112 | Manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☐ No
   ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Scott Lindley | 5267 Daybreak Lane Woodbridge, VA 22193 | Shareholder/Member -- 50% | 2013 to 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Greenway Building Solutions LLC**                                   Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Greenway Building Solutions LLC**    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2021**

| | |
|---|---|
| **/s/ Scott Shepard** | **Scott Shepard** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Greenway Building Solutions LLC**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,000.00 |
| Prior to the filing of this statement I have received | $ | 4,000.00 |
| Balance Due | $ | 0.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other *(specify)*

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other *(specify)*

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions as needed:

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 28, 2021**
*Date*

**/s/ Ashley F. Morgan**
**Ashley F. Morgan 86464**
*Signature of Attorney*

**Ashley F. Morgan Law, PC**
*Name of Law Firm*
**722 Grant St.**
**Suite G**
**Herndon, VA 20170-4532**
**703-880-4881  Fax: 571-376-5891**

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,488</u>*
*<u>(For all Cases Filed on or after 01/01/2021)</u>*

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
### CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

*Date*

*Signature of Attorney*

Greenway Building Solutions LLC
6054 Greenway Court
Manassas, VA 20112


United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314


Appliance Connection
13851 Telegraph Rd
#101
Woodbridge, VA 22192


Armor Heating Air Conditioning
10814 Chancellorsville Dr
Spotsylvania, VA 22553


Barrons Lumber
11801 Balls Ford Rd
Manassas, VA 20109


Beacon Roofing Supply
9131 Centreville Rd
Ste B
Manassas, VA 20110


Bluevin
30 Montgomery St #1400
Jersey City, NJ 07302


BlueVine
401 Warren Street
Redwood City, CA 94063


Bob & Anne Shaw
6105 Hillview Ct
Manassas, VA 20112


Builders Mutual Insurance
5580 Centerview Dr
Raleigh, NC 27606


Building Supply of Manassas
P.O. Box Drawer 4991
Martinsville, VA 24115

Cameron/McEvoy PLLC
4100 Monument Corner Drive
Suite 420
Fairfax, VA 22030


Cameron/McEvoy, PLLC
4100 Monument Corner Drive
Suite 420
Fairfax, VA 22030


Capitol Building Supply
P.O. Box 34792
Alexandria, VA 22334-0792


Carlos Alvarez
119 Polk Dr
Manassas, VA 20111-2009


Castillo Home Remodeling LLC
3603 Malibu Cir
#108
Falls Church, VA 22041


CFG Merchant Solutions
201 NJ-17 #805
Rutherford, NJ 07070


CFG Merchant Solutions
180 Maiden Lane, 15th Floor
New York, NY 10038


Classic Granite and Marble Inc
8246 Sandy Ct
Ste A-B
Jessup, MD 20794


Clawes Carpets
9541 Braddock Rd
Fairfax, VA 22032


Coastal Insulation & Fireplace
974 Tall Pines Dr
Midlothian, VA 23114

Comcast
4391 Dale Boulevard
Woodbridge, VA 22193-2401


Comcast
12345 Sunrise Valley
Reston, VA 20191


Comcast Cable
600 Galleria Pkwy SE
Atlanta, GA 30339-5994


Courtney Nazareno
3727 Richard Ave
Fairfax, VA 22031


Creative Document Imaging
13185 Tory Loop
Woodbridge, VA 22192


Curtis Brockman
8245 Crestridge Road
Fairfax Station, VA 22039


Dal-Tile Corporation
14790 Flint Lee Rd
#200
Chantilly, VA 20151


Danielle A. Quinn, Esq.
10533 Main Street
Fairfax, VA 22030


Davenport Insulation
7400 Gateway Ct
Manassas, VA 20109-7312


Dean & Karen Willis
6120 Hillview Ct
Manassas, VA 20112


Dycio & Biggs
10533 Main St
Fairfax, VA 22030

ElectriSource LLC
6379 Popwicke Ct
Manassas, VA 20112


Emsi Engineering Inc
9110 Railroad Dr
Ste 310
Manassas, VA 20111


Euro Stone Craft
13912 Park Center Rd
Herndon, VA 20171


First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68197


FNBO
PO Box 2818
Omaha, NE 68103-2818


Forward Financing
53 State St 20th Floor
Boston, MA 02109


Heartwood Solid Surfaces Inc
8198 Euclid Ct
Manassas, VA 20111


Home Depot Credit Services
PO Box 790328
Saint Louis, MO 63179-0328


Home Depot/CBSD
PO Box 6497
Sioux Falls, SD 57117-6497


Home Depot/CBSD
Citibank
PO Box 790034
Saint Louis, MO 63179-0034


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19107-3460

Jack Coviello
6814 Jackson Ave
Falls Church, VA 22042


James Mitchell
2916 Fairmont St
Falls Church, VA 22042


Jena Morrison
2925 Rosemary Ln
Falls Church, VA 22046


John Dubbleide
2828 New Bridge Road
Mineral, VA 23117


JR Alvarez electric
345 Manassas Dr
Manassas, VA 20111


Kamco Building Supply
2100 West Virginia Ave NE
Washington, DC 20002


Kamco Building Supply
5860 Farrington Ave
Alexandria, VA 22304


Kate Wilkins
6212 Ormandy Dr
Burke, VA 22015


Ken Shepard
106 Smith Point Circle
Reedville, VA 22539


Lee Design Studios LLC
6818 Jackson Ave
Falls Church, VA 22042


Lenora Solodar
4825 Radford Ave #201
Richmond, VA 23230

Marilyn Resmini
8604 Larkhaven Ter
Fairfax Station, VA 22039


Marion Muller
17 West Jefferson Street
Suite 100
Rockville, MD 20850


Merchant Services
8500 Govenors Hill Dr
Cincinnati, OH 45249


Merchant Solutions
12 North Main St
Suite 44
West Hartford, CT 06107


Michelle Boice
6071 Greenway Ct
Manassas, VA 20112


Mike & Margaret Kane
2907 Westcott St
Falls Church, VA 22042


Mike Doherty
11213 Lake Jackson Drive
Manassas, VA 20111


MoJohns
1936 Cartersville Rd
Cartersville, VA 23027


My Heating & Cooling Guys
53 Shady Ln
Stafford, VA 22554


Nader Elhajj
3603 McLean Ave
Fairfax, VA 22030


Nelson Amaya
8144 Raphiel Court
Manassas, VA 20110

Newway Renovations LLC
8144 Raphiel Ct
Manassas, VA 20112


Northeastern Suppy
8323 Pulaski Highway
Rosedale, MD 21237


Northern VA Development Serv.
202-C Lane Ct
Sterling, VA 20166


Office of Commissioner of Rev
2100 Carendon Blvd, Suite 200
Arlington, VA 22201


On Deck
901 N Stuart St
Arlington, VA 22203


On Deck Capital, Inc.
1400 Broadway, 25th Floor
New York, NY 10018


Patriot Potty's LLC
9115 Industry Dr
Manassas, VA 20111


Paul Poeltes
4016 Bentnall Ct
Fairfax, VA 22032


Prince William County
Tax Administration Division
PO Box 2467
Woodbridge, VA 22195-2467


Prince William County
Tax Administration Div 1st Fl
1 County Complex Court
Woodbridge, VA 22192-9201


Principal
711 High Street IDPC-A1-N20
Des Moines, IA 50392-4510

QED Plumbing
11918 Haddon Ln
Woodbridge, VA 22192


Randy Boice
6071 Greenway Ct
Manassas, VA 20112


Rayco Roof Service
6870 Wellington Rd
Manassas, VA 20109


Reico
3856 Dulles South
Chantilly, VA 20151


Rexel
14951 Dallas Parkway
Dallas, TX 75254


Rexel
PO Box 9085
Dallas, TX 75254


RG Contruction LLC
13423 Kingsman Rd
Woodbridge, VA 22193


Richard M. Sissman
600 Jefferson Plaza #308
Rockville, MD 20852


Road Runner LLC
13216 Wrenn House Ln
Herndon, VA 20171


Samuel Jacobs
6514 Virginia Hills Ave
Alexandria, VA 22310


Scott Shepard
6054 Greenway Court
Manassas, VA 20112

Sherwin Williams
9104 Manassas Dr
Ste A
Manassas, VA 20111


Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918


Steven Blomburg
4 Professional Dr
Suite 145
Gaithersburg, MD 20879


T&J of NOVA LLC
9110 Railroad Dr
Ste 320-B
Manassas, VA 20111


Tart Lumber Company
22183 Shaw Rd
Sterling, VA 20166


Terry Patillo
6738 Fern Ln
Annandale, VA 22003


Thomas Allen
762 Esteppo Rd
Front Royal, VA 22630


Toby's Plumbing
151 Martin Dr
Manassas, VA 20111


Tony & Jen Hensler
9643 Park Preserve Drive
Fairfax, VA 22032


Tony Hensler
9643 Park Preserve Drive
Fairfax, VA 22032

Tracy Kissler PC
3905 Railroad Ave
Suite 200N
Fairfax, VA 22030


Travis Glennon
8617 Janet Lane
Vienna, VA 22180


Virginia Dept of Taxation
Bankruptcy Unit
PO Box 2156
Richmond, VA 23218-2156


Virginia Dept of Taxation
Office of Compliance
PO Box 277407
Richmond, VA 23261-7407


Virginia Dept. of Taxation
Post Office Box 1115
Richmond, VA 23218-1115

# United States Bankruptcy Court
## Eastern District of Virginia

In re   __Greenway Building Solutions LLC__

Debtor(s)

Case No. _____

Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Greenway Building Solutions LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 28, 2021
_____
Date

/s/ Ashley F. Morgan
_____
Ashley F. Morgan 86464
Signature of Attorney or Litigant
Counsel for   __Greenway Building Solutions LLC__
Ashley F. Morgan Law, PC
722 Grant St.
Suite G
Herndon, VA 20170-4532
703-880-4881 Fax:571-376-5891
AFMorganLaw@gmail.com